IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

NAGE NASSER AL SAHQANI, )
)
Plaintiff, )
)
v. ) CASE NO. 2:24-CV-00830-BL-JTA
)
UR M. JADDOU, et al., )
)
Defendants. )

**ORDER**[1]

On November 14, 2025, the Magistrate Judge recommended that the court dismiss the Plaintiff's case for failure to properly serve the Defendants and abide by the orders of this court. (Doc. 16). The Magistrate Judge set December 2, 2025, as the deadline for the Platiniff to file objections to the recommendation. (Doc. 16). The court has received no objections from the Plaintiff, nor has anything been filed to cure the deficiencies.

After careful review of the file and upon consideration of the recommendation of the Magistrate Judge, the court **ADOPTS** the recommendation of the Magistrate Judge to dismiss this action without prejudice. The court will enter a separate final judgment dismissing this action.

**DONE** and **ORDERED** on this the 20th day of April, 2026.

BILL LEWIS
UNITED STATES DISTRICT JUDGE

---

[1] The above-styled case was reassigned to the undersigned District Judge on November 12, 2025.